IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | CASE No. 3:11CR00064-001-JO |
| ) | |
| v.    ) | ORDER |
| SANCHEZ, JULIE MARIA    ) | |
| ) | |
| ) | |
| Defendant.    ) | |

JONES, Judge:

    It is the finding of the Court that defendant violated the terms of her probation by failing to attend mental health treatment, failing to report to the probation officer, failing to follow instructions from the probation officer, failing to take psychotropic medication, and failing to notify the probation officer of police contact within 72 hours.

    The Court finds, however, defendant is suitable for community supervision.

    **IT IS ORDERED** that defendant's term of probation is continued subject to the standard conditions and the following special condition(s): 1) The defendant shall not possess or consume alcohol or enter an establishment where alcohol is the primary item for sale; 2) The defendant shall reside in and participate in the program of an inpatient drug treatment center, as directed by the probation officer, for a period not to exceed 180 days; 3) The defendant shall obtain up to one primary care physician and one mental health provider who will prescribe defendant's medications.  The defendant is to provide documentation of changes in medication and is to sign a release of information form allowing for the exchange of information between medication prescribers, and the probation officer; 4) The defendant shall

Page 1  - ORDER

utilize one pharmacy to fill prescription medications and shall sign a release of information form allowing for the exchange of information between the pharmacy and the probation officer; and 5) defendant is prohibited from the use of narcotic medications without first having the prescriber discuss the need for the medication with the probation officer.

DATED this 24th day of July, 2013.

                                           _____
                                           Hon. Robert E. Jones
                                           Senior, U.S. District Judge